B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## Northern District of Ohio

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Van Ham Dairy, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **34-1956135** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**7089 Road 22**<br>**Continental, OH**<br>ZIPCODE **45831-8830** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Putnam** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**7089 Road 22, Continental, OH**  ZIPCODE **45831-8830** | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Van Ham Dairy, LLC** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
Signature of Attorney for Debtor(s)        Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Van Ham Dairy, LLC** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ Signature of Foreign Representative _____ Printed Name of Foreign Representative _____ Date |
| **Signature of Attorney*** X */s/ John R. Burns* Signature of Attorney for Debtor(s) **John R. Burns Ohio 0003349 Baker & Daniels Attn: Katrina Dittmer 300 N. Meridian Street, Suite 2700 Indianapolis, IN 46204-1755 (317) 237-0300 Fax: (317) 237-1000 john.burns@bakerd.com** **May 10, 2010** Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer** I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X _____ Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. _____ Date Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X */s/ Jan Van Ham* Signature of Authorized Individual **Jan Van Ham** Printed Name of Authorized Individual **Member** Title of Authorized Individual **May 10, 2010** Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition  *(This page must be completed and filed in every case)* | Name of Debtor(s): Van Ham Dairy, LLC |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.  X _____  Signature of Debtor  X _____  Signature of Joint Debtor  _____  Telephone Number (If not represented by attorney)  _____  Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.)  ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.  ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.  X _____  Signature of Foreign Representative  _____  Printed Name of Foreign Representative  _____  Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
| X _____  Signature of Attorney for Debtor(s)  **John R. Burns Ohio 0003349**  **Baker & Daniels**  **Attn: Katrina Dittmer**  **300 N. Meridian Street, Suite 2700**  **Indianapolis, IN 46204-1755**  **(317) 237-0300  Fax: (317) 237-1000**  **john.burns@bakerd.com**  _____  Date  *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.  _____  Printed Name and title, if any, of Bankruptcy Petition Preparer  _____  Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)  _____  Address |
| **Signature of Debtor (Corporation/Partnership)** | X _____  Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.  _____  Date |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.  X *[signature]*  Signature of Authorized Individual  **Jan Van Ham**  Printed Name of Authorized Individual  **Member**  Title of Authorized Individual  **MAY 1 0 2010**  Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:  If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.  *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# United States Bankruptcy Court
## Northern District of Ohio

| IN RE: | Case No. _____ |
|---|---|
| **Van Ham Dairy, LLC** | Chapter **11** |
| Debtor(s) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Maple Lane Farm-Shipshewana Livestock (Lease)**<br>PO Box 185<br>Shipshewana, IN  46565-0185 | Keith Lambright | | | 480,273.79 |
| **Homier Farms Inc.**<br>PO Box 340<br>Continental, OH  45831-0340 | | | | 371,071.28 |
| **Archbold Elevator Inc.**<br>3265 County Road 24<br>Archbold, OH  43502-9415 | | | | 345,873.88 |
| **Osborne, Bob**<br>3310 S 725 E<br>Pierceton, IN  46562-9344 | | | | 318,627.50 |
| **Kuhlman Auto Sales LLC**<br>6738 Road 10<br>Leipsic, OH  45856-9413 | | | | 118,102.32 |
| **Agstar Financial Services ACA**<br>PO Box 4249<br>Mankato, MN  56002-4249 | | | | 112,917.69 |
| **Rick And Jilll Parker Farms**<br>7037 S 600 W<br>Claypool, IN  46510-9235 | | | | 60,000.00 |
| **Robert J. Matthews Company**<br>2780 Richville Dr SE<br>Massillon, OH  44646-8396 | | | | 53,891.33 |
| **Weller, Howard**<br>23261 Road E<br>Continental, OH  45831-9249 | | | | 51,993.26 |
| **Vennekotter Farms**<br>8253 Road 18<br>Continental, OH  45831-8828 | | | | 48,667.44 |
| **ABS Global Inc.**<br>PO Box 22144<br>Chicago, IL  60673-0001 | | | | 45,952.52 |
| **Jay Parkers & Sons LLC**<br>10462 S 450 W<br>Silver Lake, IN  46982-9154 | | | | 33,506.29 |
| **Progressive Hoof Care**<br>4084 E Main St<br>Ottawa, OH  45875-9759 | | | | 33,029.00 |
| **Lomeo, Simon**<br>156 Clinton St<br>Whitesboro, NY  13492-2501 | | | | 24,420.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| **Ulmer & Berne LLP**<br>**88 E Broad St # 160**<br>**Columbus, OH  43215-3506** | **21,586.74** |
| **Maple Grove Dairy**<br>**A892 County Road 17**<br>**New Bavaria, OH  43548-9518** | **17,697.02** |
| **G.L.Lloyd Earthmoving**<br>**18065 Highland Center Rd**<br>**Defiance, OH  43512-8925** | **16,999.34** |
| **Meadowview Farms**<br>**18824 Bethel Church Rd**<br>**Manchester, MI  48158-8705** | **16,639.00** |
| **Corn Products**<br>**12981 Collections Center Drive**<br>**Chicago, IL  60693-0129** | **15,019.69** |
| **Hill's Supply Inc.**<br>**1366 Locust Street Canal**<br>**Canal Fulton, OH  44614** | **13,082.72** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **May 10, 2010**   Signature: ***/s/ Jan Van Ham***

**Jan Van Ham, Member**

(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: May 10, 2010          By: _____
                                Member, Van Ham Dairy, LLC

6140747_1.DOC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION AT TOLEDO

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VAN HAM DAIRY, LLC, | ) | Case No. 10- |
| | ) | |
| Debtor. | ) | |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for the above-captioned debtor and debtor-in-possession in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

None

Dated: May 10, 2010          /s/ John R. Burns

John R. Burns (Ohio Bar #0003349)     *Counsel for the Debtor and Debtor-in-Possession*
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
john.burns@bakerd.com

Terry E. Hall (Indiana Bar #22041-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
terry.hall@bakerd.com
*Pro hac vice appearance pending*

BDDB01 6140748v1

# WRITTEN CONSENT & RESOLUTIONS
# OF THE MEMBERS OF VAN HAM DAIRY LLC

The undersigned members ("Members") of Van Ham Dairy LLC, an Ohio limited liability company ("Company"), acting by written consent and without a meeting, hereby certifies that the Company duly adopts the following resolutions, effective on the date hereof:

RESOLVED that in the judgment of the Members, it may be desirable and in the best interests of the Company and its creditors, security holders and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11, Title 11, of the United States Bankruptcy Code ("Bankruptcy Code").

FURTHER RESOLVED that the form of Chapter 11 petition reviewed by the Members is hereby approved and adopted in all respects, and that Jan Van Ham ("Van Ham") if, when and to the extent he may deem advisable is hereby authorized and directed, on behalf and in the name of the Company, to execute and verify a petition substantially in such form, with such changes therein as he may deem necessary or appropriate, and to cause such petition to be filed with the United States Bankruptcy Court for the Northern District of Ohio, or with such other court or courts as legal counsel to the Company may advise ("Bankruptcy Court") if and at such time as Van Ham shall determine that such filing is appropriate as being in the best interests of the Company and thereby commencing a chapter 11 case (the "Chapter 11 Case").

FURTHER RESOLVED that Van Ham is hereby authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary and proper in connection with the Chapter 11 Case, and in that connection retain and employ legal counsel and other professionals which he may deem necessary or proper with a view to the successful prosecution of the Chapter 11 Case.

FURTHER RESOLVED that subject to Van Ham having made the determinations provided in the foregoing resolutions, the Company will employ the firm Baker & Daniels LLP to serve as counsel for the Company in connection with the Chapter 11 Case under a general retainer at the usual and customary hourly fees charged by Baker & Daniels LLP for similar services, plus reimbursement of all actual necessary expenses. The Company

will employ Baker & Daniels LLP to perform the following professional services as warranted:

(a) prepare and file the Company's Chapter 11 petition;

(b) seek approval of debtor-in-possession financing;

(c) give the Company legal advice with respect to its Chapter 11 rights, powers and duties and continued operation of its business and management of the Company's property as a debtor-in-possession;

(d) represent the Company in the Chapter 11 Case and in any adversary proceeding commenced in or in connection with the Chapter 11 Case;

(e) prepare on behalf of the Company applications, answers, proposed orders, reports, motions and other pleadings and papers that may be required in the Chapter 11 Case;

(f) provide legal assistance and advice to the Company in connection with the preparation and submission of a Chapter 11 plan;

(g) cooperate with any special counsel employed by the Company in connection with the Chapter 11 Case; and

(h) perform any other legal services as counsel for the debtor-in-possession that may be required by the Company or the Bankruptcy Court.

FURTHER RESOLVED that Van Ham and such officers or representatives of the Company that he may authorize to do so, shall cause the Company to pay to Baker & Daniels LLP immediately prior to the filing of the Chapter 11 Case an amount that, when added to the unapplied retainer balance then held by Baker & Daniels LLP, will provide to Baker & Daniels LLP a retainer in the amount of not less than $20,000.00.

FURTHER RESOLVED that the authorizations and directives contained herein may not be modified, rescinded, or revoked without the written consent of the undersigned.

IN WITNESS WHEREOF, the undersigned has executed this WRITTEN CONSENT AND RESOLUTIONS OF THE MEMBERS OF VAN HAM DAIRY LLC this 10th day of May, 2010.

"MEMBERS"

By: _____
     Jan van Ham

By: _____
     Anja van Ham

BDDB01 6140753v1