# PROCEEDING MEMO
## HONORABLE RICHARD L. SPEER

In Re:

Van Ham Dairy, LLC

Debtor(s)    Case No.    10-33231

**NATURE OF PROCEEDING:**    Hearing on Approval of Disclosure Statement

APPEARANCES:
John Burns, II, Attorney for DIP
Derrick Rippy, Attorney for US Trutsee

---

DECISION OF COURT:

- [x] HEARING HELD
- [ ] HEARING NOT HELD
- [ ] MOTION TO CONTINUE  FILED / F/C in _____ days
- [x] ENTRY F/C  7  days
- [ ] STATUS REPORT F/C _____ days
- [ ] OBJ/MOTION TO BE W/D F/C _____ days

- [ ] GRANTED
- [ ] DENIED
- [ ] DISMISSED
- [ ] CONT. FURTHER ORDER OF THE COURT

- [ ] APPROVED
- [ ] SUSTAINED
- [ ] OVERRULED
- [ ] TAKEN UNDER ADVISEMENT
- [ ] DECISIONAL

COMMENTS OF COURT:

Amended D.S. to be filed
Hearing to be set for 11-23-10 at 1:30 p.m.

DATED:    **Monday, October 25, 2010**