C

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re | ) | **JUDGE RICHARD L. SPEER** |
| | ) | |
| **Van Ham Dairy, LLC, et al.** | ) | Case No. 10-33231 |
| | ) | Chapter 11 |
| | ) | |
| Debtor(s) | ) | (Jointly Administered with Case No.10-36120) |

**ORDER APPROVING SECOND AMENDED DISCLOSURE STATEMENT,
FIXING TIME FOR FILING ACCEPTANCE OR REJECTION OF PLAN,
AND HEARING ON CONFIRMATION, WITH NOTICE THEREOF**

On November 8, 2010, the Debtor, Van Ham Dairy, LLC having filed a Second Amended Plan of Reorganization and Second Amended Disclosure Statement. On November 16, 2010, the Second Amended Chapter 11 Plan and Disclosure Statement was *immaterially modified.* The Debtor, Van Ham Dairy Leasing, LLC *(jointly administered case)* filed a Second Amended Plan of Reorganization and Second Amended Disclosure Statement on November 16, 2010. After notice and a hearing, it having been determined that the Second Amended Disclosure Statements contain adequate information as required by 11 USC Section 1125; it is therefore,

**ORDERED** and Notice is hereby given, that:

1. The Second Amended Disclosure Statements are hereby approved.

2. That within *three (3) days* after entry of this Order, the Debtor-In-Possession shall transmit by mail to all creditors and to their duly authorized agents or attorneys in fact who have filed a power of attorney pursuant to Rule 9010(c), to an attorney-at-law appearing for a party who has filed a notice of appearance pursuant to Rule 9010(b), to all equity security holders and other parties in interest, the Second Amended Plans, the Second Amended Disclosure Statements, a copy of the Court's Order approving the Disclosure Statement, and a Ballot conforming to Official Form No. B14, and shall file proof of such service within *fourteen (14) days* after the entry of this Order as provided by Rules 2002(b) and 3017(d).

3. **Monday, December 20, 2010 by 4:00 P.M.** is fixed as the last day for filing written acceptances or rejections of the Plan. *Such acceptances or rejections shall be filed with the Court and a copy thereof served upon counsel for the Debtor.*

4. **Monday, December 20, 2010 by 4:00 P.M.** is fixed as the last day for filing and serving pursuant to Rule 3020(b)(1) written objections to the Confirmation of the Plan.

5. **Thursday, December 23, 2010 at 1:30 P.M.** is fixed as the date of the hearing on Confirmation of the Plan, and of such objections in opposition thereto as may be filed in the United States Bankruptcy Court, Northern District of Ohio, 1716 Spielbusch Avenue, Toledo, Ohio 43604.

6. The Proponent of the Plan shall file on, or before, **one (1) day** prior to the Hearing on Confirmation, an exhibit which summarizes with respect to each class of claims or interests, the results of the acceptances or rejections of the Plan of Reorganization including a statement of whether the class of claims or interests have "accepted: the Plan under Section 1126(c) and (d) respectively.

Dated: 11/23/10

_____
RICHARD L. SPEER
UNITED STATES BANKRUPTCY JUDGE