# PROCEEDING MEMO
## HONORABLE RICHARD L. SPEER

In Re:

Van Ham Dairy, LLC, et al
Van Ham Leasing

    Debtor(s)             Case No.    10-33231    (Dairy) 10-36120
                                                                (Leasing) - Joint Administration

**NATURE OF PROCEEDING:**     Hearing on Confirmation of Ch. 11 Plan

APPEARANCES:
John Burns, Attorney for DIP/Dairy
David Coyle, Attorney for DIP/Leasing

---

DECISION OF COURT:

- [x] HEARING HELD
- [ ] HEARING NOT HELD
- [ ] MOTION TO CONTINUE FILED / F/C in ____ days
- [ ] ENTRY F/C ____ days
- [ ] STATUS REPORT F/C ____ days
- [ ] OBJ/MOTION TO BE W/D F/C ____ days

- [ ] GRANTED
- [ ] DENIED
- [ ] DISMISSED
- [ ] CONT. FURTHER ORDER OF THE COURT

- [ ] APPROVED
- [ ] SUSTAINED
- [ ] OVERRULED
- [ ] TAKEN UNDER ADVISEMENT
- [ ] DECISIONAL

COMMENTS OF COURT:

Plan confirmed this date

2 Entries to be submitted
1. Van Ham Dairy
2. Van Ham Dairy Leasing

DATED:     **Thursday, December 23, 2010**

Thursday, December 23, 2010
1:30 PM

## APPEARANCE LIST

In re: Van Ham Dairy, LLC       )       Case No. 10-33231
                                )
                                )       HONORABLE RICHARD L. SPEER
Debtor(s)                       )

**PLEASE PRINT YOUR NAME, COMPLETE ADDRESS (INCLUDING ZIP CODE) AND THE NAME OF THE PARTY THAT YOU ARE REPRESENTING.**

APPEARANCES:

| # | PRINT NAME | PRINT ADDRESS | PRINT PARTY REPRESENTING |
|---|---|---|---|
| 1 | Angelita Cruz Bridges | US Attorney's Office | IRS |
| 2 | Nancy Valentine, Esq. Daniel Godfrey | 200 Public Sq., Ste 2800 Cleveland – Mankato, MN | AgStar |
| 3 | Nate Hall | 1000 Jackson, Toledo | Debtor |
| 4 | Ray Beehe | 1107 Adams, Toledo | Atty for U/S Committee |
| 5 | John Burns | 111 E Wayne St #800 Ft Wayne | Debtor |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |